IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MBAREK SRYFI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUSTEES OF THE UNIVERSITY OF | : | |
| PENNSYLVANIA, ET AL. | : | NO. 24-567 |

## ORDER

**AND NOW**, this 24th day of February, 2025, upon consideration of Defendants' Motion to Dismiss (Docket No. 15) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** with respect to Plaintiff's claims of disability discrimination under the ADA, PHRA, and PFPO (Counts I, V, and VIII); Plaintiff's claims of retaliation under the ADA, ADEA, PHRA and PFPO (Counts II, IV, VI and IX); and Plaintiff's claims of aiding and abetting disability discrimination and retaliation under the PHRA and the PFPO (Counts VII and X). These claims are **DISMISSED**.

2. The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.